UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| THE PHILADELPHIA ORCHESTRA ) | 11-13098(ELF) |
| ASSOCIATION ) | |
| ) | |
| Debtor. ) | |
| ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear for the Local 77, American Federation of Musicians, a creditor and party in interest in this proceeding, and request that all notice given or required to be given in this action and all related actions, be given and served upon the following:

                Michael N. Katz, Esquire
                David A. Gaudioso, Esquire
                MERANZE, KATZ, GAUDIOSO AND NEWLIN, PC
                121 South Broad Street, Floor 13
                Philadelphia, PA 19107
                T: (215) 546-4183
                F: (215) 790-1382

                Bruce H. Simon, Esquire
                Richard M. Seltzer, Esquire
                David R. Hock, Esquire
                COHEN, WEISS AND SIMON, LLP
                330 West 42nd Street, 25th Floor
                New York, NY 10036
                T: (212) 563-4100
                F: (212) 695-5436

and

                Susan J. Martin, Esquire
                MARTIN & BONNETT, PLLC
                1850 N. Central Avenue
                Suite 2010
                Phoenix, AZ 85004
                T: (602) 240-6900
                F: (602) 240-2345

00181609.DOC.1

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: April 19, 2011
      Philadelphia, Pennsylvania

      s/ Michael N. Katz, Esquire
Michael N. Katz, Esquire
Pennsylvania Bar No. 27857
MERANZE, KATZ, GAUDIOSO AND NEWLIN, PC
121 South Broad Street, Floor 13
Philadelphia, PA 19107
T: (215) 546-4183
F: (215) 790-1382

*Attorneys for Local 77, American Federation of Musicians*

## CERTIFICATE OF SERVICE

I, Michael N. Katz, hereby certify that a true and correct copy of the foregoing Entry of Appearance and Request for Notice was filed electronically and is available for viewing and downloading from the ECF system and was served this 19th day of April, 2011, by United States mail as follows:

Lawrence G. McMichael, Esquire
DILWORTH PAXSON, LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102

Counsel for the Debtor

DAVE P. ADAMS
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Office of the U.S. Trustee

Neal D. Colton, Esquire
Eric L. Scherling, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Counsel for Kimmel Center, Inc.

s/Michael N Katz
Michael N. Katz

Dated: April 19, 2011