## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **CHAPTER 11** |
| | : | |
| **THE PHILADELPHIA ORCHESTRA ASSOCIATION,** | : | **Bky. No. 11-13098 ELF** |
| | : | |
| **Debtor** | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **ACADEMY OF MUSIC OF PHILADELPHIA, INC.,** | : | **Bky. No. 11-13099 ELF** |
| | : | |
| **Debtor** | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **ENCORE SERIES, INC.,** | : | **Bky. No. 11-13100 ELF** |
| | : | |
| **Debtor** | : | **JOINT** |
| | : | **ADMINISTRATION** |
| | : | **REQUESTED** |

## ORDER FOR JOINT ADMINISTRATION OF CASES

**AND NOW, this 20th day of April 2011,** upon consideration of the Motions for

Joint Administration of Cases (collectively, "the Motions") filed by each Debtor in the above-

captioned bankruptcy cases, and after a hearing, and it appearing that the joint administration of

the above captioned cases is in the best interest of the Debtors and their estates;

It is hereby **ORDERED** that:

1. The Motions are **GRANTED**.

2. The Debtors' chapter 11 cases are consolidated for procedural purposes only and shall be

    jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise

effecting a substantive consolidation of the Debtors' chapter 11 cases.

4. The caption of the Debtors' jointly administered chapter 11 cases shall read as follows and

the Debtors shall not be required to list further information beyond that set forth below:

*UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| *In re:* | : | *CHAPTER 11* |
| | : | |
| *THE PHILADELPHIA ORCHESTRA ASSOCIATION* | : | *Bky. No. 11-13098 ELF* |
| | : | |
| *ACADEMY OF MUSIC OF PHILADELPHIA, INC.* | : | |
| | : | |
| *ENCORE SERIES, INC.* | : | *JOINTLY ADMINISTERED* |
| | : | |
| *Debtors* | : | |

5. The Clerk of the Court is directed forthwith to make separate docket entries in each of the

Debtors' respective chapter 11 cases as follows:

*An Order has been entered in this case directing the joint administration, for procedural purposes only, of the chapter 11 cases of The Philadelphia Orchestra Association, Bky. No. 11-13098 ELF, Academy of Music of Philadelphia, Inc., Bky. No. 11-13099 ELF and Encore Series, Inc., Bky. No. 11-13100 ELF.   Henceforth, **Bky. No. 11-13098** ELF  should be consulted for all matters affecting these cases.*

6. Effective immediately, all original docket entries shall be made in the case of The Philadelphia

Orchestra Association, Bky. No. 11-13098 ELF, *EXCEPT* that all **PROOFS OF CLAIM** shall

be filed in the case of the Debtor against whom the claim is asserted and the Clerk (and any

Claims Agent that may be appointed) shall maintain **SEPARATE CLAIMS REGISTERS** for

this purpose.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**