**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                              Chapter 11

THE PHILADELPHIA ORCHESTRA           Case No. 11-13098 (ELF)
ASSOCIATION                                        (Jointly Administered)

                                                        APPOINTMENT OF COMMITTEE
                    Debtor(s).                        OF UNSECURED CREDITORS
----------------------------------

        Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to
the Committee of Unsecured Creditors in connection with the above captioned case:

    1.    Kimmel Center, Inc., 260 South Broad Street, Suite 901, Philadelphia, PA 19102;
          Attn: Rick Perkins; CFO; Phone: (215) 790-5820; Fax: (215) 790-5801

    2.    Catherine French Group, 2500 Q Street, N.W., #313, Washington, DC 20007; Attn:
          Catherine French; Phone: (202) 965-0999; Fax: (202) 965-0939

    3.    Pension Benefit Guaranty Corporation, 1200 K Street, N.W. Washington, DC 20005; Attn:
          Kartar Khalsa, Assistant Chief Counsel; Phone: (202) 326-4020; Fax: (202) 326-4112

    4.    American Federation of Musicians and Employers' Pension Fund, One Penn Plaza, Suite
          3115, New York, NY 10119; Attn: Maureen B. Kilkelly, Executive Director; Phone: 1
          (800) 833-8065

    5.    Local 77, American Federation of Musicians, 121 South Broad Street, Suite 320,
          Philadelphia, PA 19107; Attn: Joseph Parente, President; Phone: (215) 985-4777; Fax:
          (215) 985-2777

    6.    Peter Nero, 202 Hidden Acres Lane, Media, PA 19063; Phone: (610) 909-4726

    7.    Smith-Edwards-Dunlap Company, 2867 East Allegheny Avenue, Philadelphia, PA  19134;
          Attn: David R. Kahn, Vice President; Phone: (215) 425-8800; Fax: (215) 425-9715


                                    Roberta A. DeAngelis
                                    United States Trustee
                                    Region 3


                                      /s/ Dave P. Adams for
                                    Frederic J. Baker
                                    Assistant United States Trustee

DATED:  May 4, 2011

Attorney assigned to this case:  Dave P. Adams, Phone:  (215) 597-4411