IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    THE PHILADELPHIA ORCHESTRA | : | CHAPTER 11 |
|    ASSOCIATION, et al. | : | |
|         Debtor | : | NO. 11-13098 |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICES

DANA S. PLON, ESQUIRE, hereby enters her appearance for The Rittenhouse Condominium Owners' Association and in accordance with Federal Rule of Bankruptcy Procedure 2002(g), respectfully requests that all notices, pleadings and other papers filed in the above-captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire
Identification No. 80361
SIRLIN GALLOGLY & LESSER, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
dplon@sirlinlaw.com

_____
DANA S. PLON
Identification No. 80361

Sirlin Gallogly & Lesser, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
(215) 864-9700
dplon@sirlinlaw.com

May 10, 2011