UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| The Philadelphia Orchestra Association | ) Case No. 11-13098 (ELF) |
| | ) |
| Academy of Music of Philadelphia, Inc. | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING
DEBTORS' EXCLUSIVE PERIODS WITHIN WHICH TO FILE A
CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THERETO

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to section 1121(d) of the Bankruptcy Code, extending the Debtors' exclusive periods within which to file a chapter 11 plan and to solicit acceptances thereto; and upon consideration of the Motion and all pleadings related thereto; ~~and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances;~~ and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED ~~in its entirety.~~

2. The Exclusive Filing Period of the Debtors to propose a plan of reorganization in these Chapter 11 Cases shall be extended through and including November 12, 2011.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

811238_1

3. The Exclusive Solicitation Period of the Debtors to solicit acceptances of a plan of reorganization in these Chapter 11 Cases shall be extended through and including January 11, 2012.

4. The entry of this Order shall be without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods or to seek other appropriate relief.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

8. This court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Aug. 8, 2011
Philadelphia, Pennsylvania

The Honorable Eric L. Frank
United States Bankruptcy Judge

2

7724624_2