UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| THE PHILADELPHIA ORCHESTRA ASSOCIATION, | : | Bky. No. 11-13098 ELF |
| | : | |
| ACADEMY OF MUSIC OF PHILADELPHIA, INC., | : | |
| | : | JOINTLY |
| Debtors | : | ADMINISTERED |
| | : | |

# O R D E R   A P P O I N T I N G   M E D I A T O R

**AND NOW**, counsel having advised the court that the Debtor and AFM Local 77 wish to participate in the court-annexed mediation program in connection with their efforts to reach a successor collective bargaining agreement ("the CBA Matter"), see Doc. # 376, it is hereby **ORDERED** that:

1. The CBA Matter is hereby assigned for mediation to the following Mediator:

    **Honorable Stephen Raslavich,
    Chief Judge, U.S. Bankruptcy Court**

2. Mediation shall commence at **1:00 p.m. on September 15, 2011** and, if appropriate, continue through and including **September 16, 2011.**

3. Unless otherwise instructed by the Mediator, the parties are **ORDERED** to comply with the provisions of Local Bankruptcy Rule 9019-3, including submission of a confidential Mediation Report by each party, which shall be delivered to the Mediator's Chambers **no later than 1:00 p.m. on September 13, 2011**.

Date:  September 8, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE