UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| The Philadelphia Orchestra Association ) | Case No. 11-13098 (ELF) |
| ) | |
| Academy of Music of Philadelphia ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**ORDER**

AND NOW, this 31st day of July, 2012, upon consideration of the Second Interim Application for Compensation and Reimbursement of Expenses of Alvarez & Marsal North America, LLC, Financial Advisor to the Debtors, for the Period September 1, 2011 through December 31, 2011, it is hereby

**ORDERED** that the sum of $355,925.50 is allowed as reasonable compensation for the professional legal services rendered on behalf of the Debtors and $28,365.39 is allowed for reimbursement of costs advanced or expended on behalf of the Debtors. The Debtors are hereby authorized to pay the above amounts to Alvarez & Marsal North America, LLC, to the extent not already paid pursuant to LBR 2016.5○

BY THE COURT:

_____
The Honorable Eric L. Frank
United States Bankruptcy Judge

8679815_2